IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CAL LUSK, | | |
| | Plaintiff, | No. CIV S-10-3413 DAD |
| | v. | |
| BANK OF AMERICA, NA, | | <u>ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |
| | Defendant. | |
| _____/ | | |

     Pursuant to the consents filed by the parties and the court's reassignment order filed on January 5, 2011, this action has been reassigned to the undersigned for all further proceedings. All dates scheduled before the previously assigned district judge have been vacated.

     In accordance with the provisions of Rule 16 of the Federal Rules of Civil Procedure, and good cause appearing, IT IS HEREBY ORDERED that:

     1. A Status (Pretrial Scheduling) Conference is set for **March 11, 2011 at 11:00 a.m.** before the undersigned in Courtroom No. 27.

     2. The parties shall file a joint status report on or before March 4, 2011.

     3. The parties' joint status report shall address the following matters:

          a.     Possible joinder of additional parties;

  b. Any expected or desired amendment of the pleadings;

  c. Jurisdiction and venue;

  d. Anticipated motions and the scheduling thereof;

  e. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

  f. Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, the scheduling of final pretrial conference and trial, and an estimate of the length of the trial;

  g. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

  h. Whether the case is related to any other case, including matters in bankruptcy;

  i. Whether the parties will stipulate to the assigned magistrate judge acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge; and

  j. Any other matters that may aid in the just and expeditious disposition of this action.

 4. Any party may appear at the status conference telephonically. To arrange telephonic appearance, counsel shall contact Pete Buzo, courtroom deputy to the undersigned, at (916) 930-4128, at least 48 hours prior to the status conference.

DATED: January 17, 2011.

                _____
                DALE A. DROZD
                UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.consent\lusk3413.ossc